IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHPOINT INVESTORS,<br><br>    Plaintiff,<br><br> v.<br><br>CHUBB CUSTOM INSURANCE COMPANY,<br><br>    Defendant.<br>                / | No. C 13-02381 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>January 17, 2014</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>January 27, 2014</u>.

DESIGNATION OF EXPERTS: <u>3/28/14</u>; REBUTTAL: <u>4/25/14</u>.
 Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>May 16, 2014</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>May 23, 2014</u>;

 Opp. Due <u>June 6, 2014</u>; Reply Due <u>June 13, 2014</u>;

 and set for hearing no later than <u>June 27, 2014</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>July 22, 2014</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>August 4, 2014</u> at <u>8:30 AM.</u>,
 Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>three</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement. The settlement conference shall occur before the end of December 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/3/13

                             SUSAN ILLSTON
                             United States District Judge