IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHPOINT INVESTORS,<br><br>        Plaintiff,<br><br>   v.<br><br>CHUBB CUSTOM INSURANCE COMPANY,<br><br>        Defendant.<br>                                      / | No. C 13-02381 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: January 17, 2014 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 27, 2014.

DESIGNATION OF EXPERTS: 3/28/14; REBUTTAL: 4/25/14.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is May 16, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by May 23, 2014;

   Opp. Due June 6, 2014;  Reply Due June 13, 2014;

   and set for hearing no later than June 27, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 22, 2014 at 3:30 PM.

COURT TRIAL DATE: August 4, 2014 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement.  The settlement conference shall occur before the end of December 2013.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/3/13

                                                                      SUSAN ILLSTON
                                                               United States District Judge